**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 14-6903**

RANDLE COOKE,

                    Plaintiff - Appellant,

          v.

ATTORNEY GENERAL ERIC HOLDER; CHARLES E. SAMUELS, JR.;
KATHLEEN SEBELIUS; JUSTIN ANDREWS,

                    Defendants - Appellees.

Appeal from the United States District Court for the Eastern
District of North Carolina, at Raleigh.  Louise W. Flanagan,
District Judge.  (5:13-ct-03268-FL)

Submitted:  October 17, 2014       Decided:  December 22, 2014

Before WILKINSON and AGEE, Circuit Judges, and DAVIS, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Randle Porter Cooke, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Randle Cooke appeals the district court's order dismissing his complaint filed pursuant to <u>Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), for failure to state a claim under 28 U.S.C. § 1915(e)(2)(B)(ii) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Cooke v. Holder</u>, No. 5:13-ct-03268-FL (E.D.N.C. June 6, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>